UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-CR-488 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ACCEPTING REPORT AND** |
| MICHAEL G. MORRIS, | ) | **RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson recommending that the Court accept Defendant's admissions and find that Defendant has violated the terms of his supervised release. (ECF No. 13). This matter was previously referred to the Magistrate Judge. (ECF No. 8).

On September 14, 2023, the U.S. Pretrial Services and Probation officer filed a violation report and summons request identifying six alleged violations of Defendant's supervised release. (ECF No. 6).

On October 4, 2023, Magistrate Judge Henderson held an initial appearance/revocation hearing in which Defendant admitted to the six violations detailed in the violation report. On the same date, Magistrate Judge Henderson issued a Report and Recommendation ("R&R") recommending that the Court accept Defendant's admissions and find that he violated the terms of his supervised release. (ECF No. 13).

Any objections to the R&R were due on October 18, 2023. *Id*. Neither party submitted any objections.

On review of the record, the Court adopts the R&R. Defendant Morris is found to have

violated the terms of his supervised release.

Therefore, sentencing will be held on November 1, 2023 at 12:00 p.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date:  October 19, 2023

_____
**CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE**